CHARLES H. RUE and Others, as Executors, etc., of CHARLES E. TEALE, Deceased,

Appellants, v. KINGS COUNTY TRUST COMPANY, Respondent.— Order overruling demurrer and denying plaintiffs' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich Jaycox, Manning and Kapper, JJ., concur.